**F I L E D**

4-4-08

APR - 4 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

UNITED STATES OF AMERICA,      )
                                  )
            v.                   )     Case No. **08CR**     **278**
                                  )
MICHAEL BRCIK                 )     Judge Michael T. Mason

### AFFIDAVIT OF INDICTMENT IN REMOVAL PROCEEDINGS

The undersigned Affiant personally appeared before Michael T. Mason, a United States Magistrate Judge, and being duly sworn on oath, states: that in the Eastern District of Missouri, MICHAEL BRCIK, was charged in an Indictment with a violation of Title 18, United States Code, Section 228(a)(1) and (a)(2), and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that Warrant for Arrest is outstanding for the arrest of said defendant. (See Attached - Warrant for Arrest and Indictment).

Wherefore, Affiant prays that the defendant be dealt with according to law.

Special Agent Edward Leitelt
Department of Health and Human Services
Office of Inspector General

Subscribed and Sworn to before me this
4tth day of April, 2008.

MICHAEL T. MASON
United States Magistrate Judge

AUSA HALLEY B. GUREN
(312) 886-4156

Feb 20 2008 4:00PM     USMS ISD E/MO          3145397149                                    p.8

# United States District Court

## EASTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

V.

MICHAEL BRCIK

**WARRANT FOR ARREST**

CASE NUMBER:

To: The United States Marshal
and any Authorized United States Officer **4: 0  8CR00101** SNL/FRE

YOU ARE HEREBY COMMANDED to arrest MICHAEL BRCIK and bring the defendant
forthwith to the nearest magistrate to answer an Indictment charging the defendant with

Interstate failure to pay child support

in violation of Title 18, United States Code, Section(s) 228(a)(1) and 228(a)(3).

| | |
|---|---|
| JAMES WOODWARD<br>Name of Issuing Officer | Clerk, United States District Court<br>Title of Issuing Officer |
| *[signature]*<br>Signature of Issuing Officer | February 14, 2008, St. Louis, Missouri<br>Date and Location |
| *[signature]*<br>(By) Deputy Clerk | by _____<br>Name of Judicial Officer |

10,000.00 10% surety

RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

ORIGINAL ON FILE WITH
U.S. MARSHAL, EASTERN/MISSOURI

0844-0215-0966 J

### USDC-EDMO
## CRIMINAL CASE COVER SHEET                                      *INDICTMENT*

| Division of Filing: | County of Offense: | Matter to be Sealed: | Type of Charge: |
|---|---|---|---|
| Eastern | St. Louis County | No | Felony **FILED** |

**Defendant Information:**
Defendant's Name    MICHAEL BRCIK
Alias Name
Birthdate                                                              FEB 14 2008
Social Security No.

**Related Case Information:**
Superseding Indictment/Information?    ___ Yes   x No.
Is this a New Defendant in the Superseding Indictment/Information?    ___ Yes    x No
Prior Complaint?    ___ Yes   x No   If yes, Complaint No. _
Complaint:   ___ Pending   ___ Dismissed
Deft. has had an appearance before a Magistrate?   ___ Yes   x No   If yes, Magistrate name: ____

**Victim-Witness Act applies:**   v
Name of AUSA:    Tracy L. Berry
Agency/Agent:    HHS-OIG
Recommended Bond/Detention:    10,000.00 10% surety

**Interpreter Needed:**
___ Yes        Language and/or dialect _____
 x  No
___ Not known at this time

**Location Status:**
Arrest Date _____
___ Currently in Federal Custody
___ Currently in State Custody   Writ required   ___ Yes        ___ No
___ Currently on bond set by Court
 x  Defendant not in custody

**U.S.C. Citations and Total # of Counts against this Defendant:**    2

| | | | |
|---|---|---|---|
| 18:228.P/1/7990/B34 | Interstate failure to pay child support (misdemeanor) | 1 | I nmt 6 months<br>F nmt $5,000.00 or both<br>Sup. Rel. nmt 1 yrs.<br>$10 Special Assessment/count |
| 18:228.F/4/7990/035 | Interstate failure to pay child support (felony) | 2 | I nmt 2 yrs.<br>F nmt $250,000.00 or both<br>Sup. Rel. nmt 1 yrs.<br>$100 Special Assessment/count |

**Return Date:**    February 14, 2008    ___    **Signature of AUSA** _____

                                                                Tracy L. Berry

Feb 20 2008 4:00PM    USMS ISD E/MO                3145397149                      P.9

**FILED**

FEB 1 4 2008

U. S. DISTRICT COURT
E. DISTRICT OF MO.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,    )
                             )
        Plaintiff,           )
                             )
v.                           )    No.
                             )
MICHAEL BRCIK,               )    4 : 0 8 C R 0 0 1 0 1 S N L
                             )
        Defendant.           )

**INDICTMENT**

**COUNT ONE**

The Grand Jury charges that:

Between on or about January 1, 2006 to on or about February 14, 2008, within the Eastern

District of Missouri,

**MICHAEL BRCIK,**

the Defendant herein, who did not reside in the State of Missouri, willfully failed to pay a support

obligation with respect to his two minor children who reside in the State of Missouri and which

obligation is in the amount greater than $5,000, that being more than $135,700.00, in violation of

Title 18, United States Code, Section 228(a)(1).

**COUNT TWO**

The Grand Jury charges that:

Between on or about January 1, 2006 to on or about February 14, 2008, within the Eastern

District of Missouri,

**MICHAEL BRCIK,**

who did not reside in the State of Missouri, willfully failed to pay a support obligation with

respect to his two minor children who reside in the State of Missouri in that the amount of

arrearage exceeded $10,000 that being more than $135,700.00; in violation of Title 18, United

States Code, Section 228(a)(3).

**A TRUE BILL.**

CATHERINE L. HANAWAY
United States Attorney

TRACY L. BERRY, 508314
Assistant United States Attorney

2