UNITED STATES DISTRICT COURT
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**MICHAEL W. DOBBINS, CLERK**

Eastern District of Missouri
3.300 Thomas F. Eagleton
United States Courthouse
111 South Tenth Street
St. Louis, MO 63102-1116

**Re:** USA v. Michael Brcik

OFFICE OF THE CLERK
April 8, 2008

FILED
4-8-08
APR - 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Clerk of Court:

Enclosed please find the originals of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

| | |
|---|---|
| _X_ Docket Sheet, Case No.: 08 CR 278 | _X_ Order of Removal dated: 4/4/08 |
| X Affidavit in Removal | ___ Final Commitment Proceedings |
| ___ Financial Affidavit | ___ Temporary Commitment |
| ___ Order appointing counsel | X Order setting conditions of release |
| ___ CJA 20 Form | ___ Detention Order |
| ___ Appearance form | X Appearance Bond |
| | ___ Other(see docket for entries): |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

by: Laura Springer
Deputy Clerk