C4b

08cr 278

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X B. Boyd      ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>S Boyd                4/10 |
| 1. Article Addressed to:<br><br>Eastern District of Missouri<br>3.300 Thomas F. Eagleton<br>United States Courthouse<br>111 South Tenth Street<br>St. Louis, MO 63102-1116 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:   ☐ No<br><br>         ☐ Express Mail<br>         ☐ Return Receipt for Merchandise<br>         ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| le Number<br>sfer from service label) | 7006 0100 0001 7312 3195 |

n 3811, February 2004      Domestic Return Receipt      08 CR 278    102595-02-M-1540



UNITED STATES POSTAL SERVICE

FILED
Apr 15 2008  NR

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Northern District of Illinois
Clerk's Office
219 S. Dearborn
Chicago, IL 60604

RECEIVED
APR 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT