**UNITED STATES DISTRICT COURT**
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**FILED**

**MICHAEL W. DOBBINS,
CLERK**

OFFICE OF THE CLERK
April 8, 2008

APR 1 0 2008

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

Eastern District of Missouri
3.300 Thomas F. Eagleton
United States Courthouse
111 South Tenth Street
St. Louis, MO 63102-1116

**FILED**
4-21-08
APR 2 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Re:** USA v. Michael Brcik

Dear Clerk of Court:

Enclosed please find the originals of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

| | |
|---|---|
| __X__ Docket Sheet, Case No.: 08 CR 278 | __X__ Order of Removal dated: 4/4/08 |
| X   Affidavit in Removal | _____ Final Commitment Proceedings |
| _____ Financial Affidavit | _____ Temporary Commitment |
| _____ Order appointing counsel | X  Order setting conditions of release |
| _____ CJA 20 Form | _____ Detention Order |
| _____ Appearance form | X   Appearance Bond |
| | _____ Other(see docket for entries): |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

by: Laura Springer
Deputy Clerk